**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: April 04, 2013**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | |
|---|---|
| In re: | : |
| | :    CASE NO. 10-59450 |
| Brian A. and Amy L. Starr | :    Chapter 13 - Caldwell |
| | : |
| Debtors. | : |

### AGREED ORDER ON DEBTORS' AMENDED OBJECTION TO
### CLAIM NO. 16 OF OHIO DEPARTMENT OF TAXATION [DOCKET NO. 86]

This matter is before the Court on Debtors' Amended Objection to Claim 13 of Ohio Department of Taxation [Docket No. 86]. The parties having reached an agreement as to all issues raised in the Objection, it is hereby ORDERED:

That Claim 16 of the Ohio Department of Taxation be allowed as a priority claim pursuant to 11 U.S.C. 507(a)(8)(C) in the amount of $4,352.50 and a general unsecured claim in the amount of $4,128.54.

Agreed to:

| | |
|---|---|
| /s/ Brian M. Gianangeli | /s/Michael T. Gunner |
| Charles A. Mifsud (0070498) | Michael T. Gunner (0002078) |
| Outside Counsel to the Ohio Attorney General | 3535 Fishinger Blvd. |
| Brian M. Gianangeli (0072028) | Suite 220 |
| THE LAW OFFICE OF | Hilliard, OH 43026 |
| CHARLES MIFSUD, LLC | Phone – (614) 777-1203 |
| 326 South High Street Annex, Suite 201 | |
| Columbus, Ohio 43215 | Attorneys for Debtors |
| Phone – (614) 224-8313 | |
| Fax – (614) 224-9986 | |
| Attorneys for The Ohio Department of Taxation | |

cc: Default List

# # #